1705 SERVISS vs. BOARD OF PUBLIC WORKS (Detroit), 4 D. L. N., 751. (Certiorari to Wayne.)

To compel respondent to approve a plat which covered premises which would be within the lines of a public street, if extended, and made no provisions for such street.

The Circuit Court refused the writ.

Affirmed November 17, 1897. See No. 1655.

1706 MICHIGAN FEMALE SEMINARY vs. SECRETARY OF STATE, 4 D. L. N., 796.

To compel respondent to file articles extending the corporate existence of relator without payment of the franchise fee under Act No. 182, Public Acts of 1891, as amended by Act No. 79, P. A. 1893.

Granted December 7, 1897.

Held, that the provisions of the last named Act do not apply to corporations organized for educational purposes only.